UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARLOS ROBERTO VILORIO, and DANIS A. GONSALEZ, individually and on behalf of all others similarly situated,

                                 Plaintiffs,

   -against-

PITA PARK, INC., and MINA AVLONITIS, as an individual,

                                Defendants.
------------------------------------------------------------------------X

**NOTICE OF MOTION**

Civil Docket No.: 20-cv-5467
(WFK)(JRC)

     **PLEASE TAKE NOTICE**, that upon the Affirmation of Avraham Y. Scher, Esq., dated July 14, 2022, together with supporting Exhibits A though I annexed hereto, and the accompanying Memorandum of Law submitted in support of this motion, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of the Plaintiffs, will move this Court before the Honorable William F. Kuntz, II, United States District Judge, at the United Stated District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on August 3, 2022, or on a date, time, and location as determined by the Court, for an Order granting the Plaintiffs' Motion for Entry of a Default Judgment In a Sum Certain against Pita Park, Inc., and Mina Avlonitis, as an individual ("Defendants") and for such other or further relief as the Court deems just, proper, and equitable.

Dated:     Kew Gardens, New York
             July 14, 2022

                                                                  *Avraham Y. Scher*
                                                                  Avraham Y. Scher, Esq.
                                                                  **Helen F. Dalton & Associates, P.C.**
                                                                   *Attorneys for CARLOS ROBERTO VILORIO*
                                                                   *and DANIS A. GONSALEZ*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CARLOS ROBERTO VILORIO, and DANIS A. GONSALEZ, individually, and on behalf of all others similarly situated,

                                Plaintiffs,

-against-

PITA PARK, INC., AND MINA AVLONITIS, AS AN INDIVIDUAL,

                                Defendants.

---

## NOTICE OF MOTION FOR A DEFAULT JUDGMENT IN SUM CERTAIN AGAINST PITA PARK, INC., AND MINA AVLONITIS, AS AN INDIVIDUAL

---

Civil Case No.: 20-cv-5467 (WFK)(JRC)

---

HELEN F. DALTON & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Phone (718) 263-9591
Fax (718) 263-9598

---

**TO:**

**PITA PARK, INC.**
**MINA AVLONITIS, as an individual**

155 TULIP AVENUE,
FLORAL PARK, NEW YORK 11011

1023 PROPP AVENUE
FRANKLIN SQUARE, NEW YORK 11010

*See*, Certificate of Service filed
and submitted herewith.

*And Via ECF & Electronic Mail to*:

c/o Stephen D. Hans, Esq.
Stephen D. Hans & Associates, P.C.
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Email: shans@hansassociates.com
**LEAD ATTORNEY TO BE NOTICED FOR THE DEFENDANTS**