UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CARLOS ROBERTO VILORIO, and DANIS A.
GONSALEZ, individually and on behalf of all others         Civil Docket No.:
similarly situated,                                         20-cv-05467 (WFK)(JRC)

                                    Plaintiffs,
              -against-                                     **DEFAULT JUDGMENT**

PITA PARK, INC., and MINA AVLONITIS, as an individual,

                                    Defendants.
-------------------------------------------------------------------------X

**WHEREAS**, this action was commenced pursuant to Plaintiffs' filing of the Summons and collective action Complaint on November 13, 2020, against the Defendants, PITA PARK, INC., and MINA AVLONITIS, as an individual (collectively, "Defendants"); and

**WHEREAS**, true and correct copies of the Summons and Complaint were served on the Defendants on December 22, 2020, by personally delivering to and personally leaving the documents with Colleen Banahan, AUTHORIZED AGENT, in the Office of the Secretary of State (*see* Dkt. No. 10); and

**WHEREAS**, true and correct copies of the Summons and Complaint were also served on Defendants on December 22, 2020 at Defendants usual place of abode/last-known residence by personal delivery of process to the Defendants, and by leaving process with Defendants' relative co-residing there, of suitable age and discretion; and by follow-up mailing effectuated on Defendants, on December 31, 2020 via United States First-Class Mailing (Dkt. No. 10-1); and

**WHEREAS**, Defendants PITA PARK, INC., and MINA AVLONITIS, as an individual, through counsel interposed an Answer to Plaintiffs' Complaint on February 19, 2021; and



**WHEREAS**, by joint-letter dated September 9, 2021, the parties apprised the Court that they had reached a settlement-in-principle to resolve all claims asserted herein; and that, as this matter involves claims asserted under the Fair Labor Standards Act, they were in the process of preparing their settlement agreement and motion for settlement approval for the Court's review;

**WHEREAS**, at a Status Conference held on December 22, 2021, counsel for all parties appeared and represented to the Court that the "parties have reached a settlement, but need additional time to execute the settlement papers." The Defendants' counsel also "represented that his client has moved abroad." As such, the Court directed the "parties to submit a joint status report by 1/31/2022 in the event they have not filed settlement papers for Court approval by that time" (*see* Minute Entry, at Dkt. No. 13); and

**WHEREAS**, on February 15, 2022, Defendants' counsel apprised the Court that: "[m]y office has been tirelessly attempting to contact my client who has since permanently moved to Greece to have him execute the settlement agreement. I respectfully request a 30-day adjournment from the Court so that my office can effectively follow through on the agreed settlement"; and

**WHEREAS**, on April 22, 2022, Plaintiffs' counsel apprised the Court, *inter alia*, that: "Mr. Avlonitis has again gone unresponsive. Plaintiffs have executed the settlement agreement and we have been prepared to file the agreement and motion for approval, but we first need Mr. Avlonitis' signature to the agreement with assurances that he will make such payment if the agreement is approved by the Court"; and

**WHEREAS**, pursuant to the parties' Status Conference held on May 5, 2022, at which counsel for all parties appeared, The Court issued an Order directing, *inter alia*, that: "By June 6,

2022, plaintiffs are directed to request a certificate of default or otherwise update the Court on the status of this case; and

**WHEREAS**, Plaintiffs have complied with all procedural requirements to enter default judgment against all Defendants herein, culminating in the Clerk's entry of the default of the Defendants, Pita Park, Inc., and Mina Avlonitis, as an individual, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on June 13, 2022; and

**WHEREAS**, Defendants have not responded, appeared, or otherwise defended in this matter since the above-referenced Certificates of Default were duly entered against Defendants by the Clerk of Court, and Defendants remain in default; and

**WHEREAS**, the Defendants herein have been properly served, are aware of Plaintiffs' Complaint and of pendency of this matter against them, and have failed or refused to appear or otherwise defend in this matter; accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs CARLOS ROBERTO VILORIO, and DANIS A. GONSALEZ have a judgment against PITA PARK, INC., and MINA AVLONITIS, as an individual, jointly and severally, in the liquidated amount of **$894,080.00** with statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of judgment, until judgment is paid in full.

Dated:     Brooklyn, New York

December 7, 2022

s/ WFK

United States District Judge